IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02362-PSF-CBS

LEIGH MEZO,

    Plaintiff,

v.

THE NOODLE SHOP, CO.,
d/b/a NOODLES AND COMPANY,

    Defendant.

## ORDER SETTING HEARING

This matter is before the Court on Plaintiff's Motion to Stay Litigation in Favor of Arbitration (Dkt. # 5), filed January 18, 2006.  IT IS HEREBY ORDERED that the parties shall appear on **Monday, January 30, 2006 at 2:00 p.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a hearing on this motion.  It is,

FURTHER ORDERED that counsel for plaintiff notify defendant's counsel of the setting of this hearing.

DATED: January 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge