IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02362-PSF-CBS

LEIGH MEZO,

    Plaintiff,

v.

THE NOODLE SHOP, CO.,
d/b/a NOODLES AND COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

The parties' Joint Motion for Dismissal (Dkt. # 11) is GRANTED.  It is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to

bear its own costs and attorneys' fees.

DATED: May 16, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge